JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.E., a minor, by and through her Guardian Ad Litem, AKIRA EARL; and B.B., a minor, and B.B., a minor, by and through their Guardian Ad Litem, SHANNELL SCOTT<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, DAVID AVILES and DOES 1 through 10<br><br>Defendants. | Case No.:<br>2:15-CV-05826 DSF (MRWx)<br><br>JUDGMENT |

The Court having granted Defendants' motion for judgment on the pleadings for the reasons stated in its February 25, 2016, order, IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 2/25/16

_____
Dale S. Fischer
United States District Judge